UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
**DENISE WALBERT**              :       Case No. 1:14-cv-01877-CCC
    **Plaintiff**                     :
                                :
    **vs.**                              :
                                :
**RESURGENT CAPITAL SERVICES, LP**   :
    &   :
**FINANCIAL RECOVERY SERVICES, INC.**   :
    **Defendant**                 :
_____:

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that Plaintiff, DENISE WALBERT, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against Resurgent Capital Services, LP and Financial Recovery Services, Inc., with prejudice. Each party is responsible for their own attorney's fees.

                                                  BY: _/s/Brent F. Vullings_
                                                  Brent F. Vullings, Esq.
                                                  Attorney for Plaintiff
                                                  bvullings@vullingslaw.com
                                                  Vullings Law Group, LLC
                                                  3953 Ridge Pike, Suite 102
                                                  Collegeville, PA 19426
                                                  610-489-6060